UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GARY W. HANNA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-CV-0646-CVE-JFJ |
| | ) |
| VALMONT INDUSTRIES, | ) |
| | ) |
| Defendant. | ) |

ADMINISTRATIVE CLOSING ORDER

This case comes before the Court on the notice of settlement (Dkt. # 16) wherein the parties seek administrative closure. Based upon the parties' representation that this matter has settled, and for good cause shown, the Court finds that the motion should be and is hereby **granted**.

**IT IS THEREFORE ORDERED** that, pursuant to LCvR 41.1, that the Court Clerk is directed to **administratively close** this case pending either an order of the Court reopening the action, or until this case is dismissed with prejudice by stipulation of the parties.

**IT IS FURTHER ORDERED** that all deadlines, including the November 1, 2019 settlement conference, the January 8, 2020 pretrial conference, and the January 21, 2020 jury trial, are **stricken.** The parties shall file a fully-executed joint stipulation of dismissal no later than **November 15, 2019.**

**IT IS SO ORDERED** this 15th day of October, 2019.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE